UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 17 2002

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MARCOS ANTONIO VALDEZ FRAGOSO, Plaintiff, | § § § | |
| v. | § § | |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR, ET AL. | § § | CIVIL ACTION NO. B-02-192 |

**DEFENDANTS UNOPPOSED
MOTION TO CONTINUE STATUS CONFERENCE**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Immigration and Naturalization Service, et. al. hereby move to continue the status conference set for December 17, 2002 for 30 days, by agreement of counsel for all parties.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

MICHAEL T. SHELBY
United States Attorney

_____ for
LISA PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, TX 78551
(956) 389-7048
(956) 389-7057 FAX

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this the 17th day of December, 2002, I caused to be served by United States mail (first class mail, postage prepaid), copies of the foregoing DEFENDANTS MOTION TO CONTINUE STATUS CONFERENCE to the following:

Lisa Brodyaga, Esq.
17891 Landrum Park Rd.
San Benito, TX 78586

Jodilynn Marie Goodwin
Attorney at Law
1322 E Tyler
Harlingen, TX 78550

Alberto Pullen, Esq.
1623 Central Blvd.
Suite 205
Brownsville, TX 78520

_____
LISA PUTNAM
Special Assistant U. S. Attorney