5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARCOS ANTONIO VALDEZ FRAGOSO, Plaintiff, | § § § | |
| v. | § § | |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR, ET AL. | § § | CIVIL ACTION NO. B-02-192 |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

Came on to be heard this day the Motion to Continue Status Conference filed by Defendants Immigration and Naturalization Service et. al, the Court is of the opinion that the Motion should be granted.

It is therefore ORDERED that the status conference will be rescheduled to __January 23__ 2003, at __1:30__ a.m./p.m.

Done this __17th__ day of __December__, at Brownsville, Texas.

FELIX RECIO
United States Magistrate Judge