United States District Court
Southern District of Texas
FILED

JAN 1 3 2002

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **MARCOS ANTONIO VALDEZ-FRAGOSO** | § | Civil Case No. |
| | § | |
| v. | § | B-02-192 |
| | § | |
| **E.M. TROMINSKI, INS DISTRICT DIRECTOR, and JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES.** | § § § § | |

## PETITIONER'S MOTION TO DISMISS CASE WITHOUT PREJUDICE

NOW COMES Petitioner, MARCOS ANTONIO VALDEZ-FRAGOSO, and would respectfully request the Court to dismiss this matter without prejudice for the following reasons:

I.

The parties to this matter have reached an agreement. There are two main issues for resolution to this case: (1) the retroactivity of the law in light of *INS v. St. Cyr*, 121 S.Ct. 2271 (2001), as it applies to Petitioner;1 and (2) a finding by the immigration court that the testimony of witnesses were too vague for a finding of derivative citizenship in favor of Petitioner.

II.

The parties herein believe that this matter can be resolved by filing a joint motion to reopen the issue of relief from deportation with the Board of Immigration Appeals, which in turn should, pursuant to *St. Cyr*, *supra*, remand the case for resolution by the Executive Office for Immigration Review. Petitioner could then request relief from deportation at the trial level. As to the issue of citizenship, the parties agree that the

---

1 Petitioner's conviction – subjecting him to deportation – occurred prior to the enactment of the 1996 Illegal Immigration Reform and Immigrant Responsibility Act.

1

matter will presented for adjudication, without waiver, by the INS.

WHEREFORE, Petitioner, MARCOS ANTONIO VALDEZ-FRAGOSO, prays that this honorable Court dismiss this case without prejudice, and grant whichever other relief it deems just and proper.

Respectfully submitted,

*Law Offices of Alberto Pullen*
*IBC Bank, Suite 205*
*1623 Central Boulevard*
*Brownsville, Texas 78520*

*(956) 546-3627*
*(956) 546-3626 Fax*

By: _____
Alberto Pullen
State Bar No. 24004440
Fed. Id. No. 16971
Attorney for Petitioner,
MARCOS ANTONIO VALDEZ-FRAGOSO

## CERTIFICATE OF CONFERENCE

I hereby certify that I spoke to Lisa Putnam, SAUSA, and she stated to me on behalf of the Respondents that there is no opposition to this motion.

_____
Alberto Pullen

## CERTIFICATE OF SERVICE

I hereby certify that on __1-13-03__ a copy of the foregoing was delivered via facsimile at (956) 389-7057 to the office of Lisa Putnam, SAUSA, at 1701 Zoy St., Harlingen, Texas.

_____
Alberto Pullen

2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCOS ANTONIO VALDEZ-FRAGOSO | § | Civil Case No. |
| | § | |
| v. | § | B-02-192 |
| | § | |
| E.M. TROMINSKI, INS DISTRICT | § | |
| DIRECTOR, and JOHN ASHCROFT, | § | |
| ATTORNEY GENERAL OF THE UNITED | § | |
| STATES. | § | |

## ORDER

ON THE _____ day of _____, 2003, came to be considered Petitioner, MARCOS ANTONIO VALDEZ-FRAGOSO's motion to dismiss case without prejudice. Having considered the facts, the law, and all other matters of record is of the opinion of this Court that said motion should be and is hereby GRANTED.

It is therefore ORDERED that the above-styled and numbered case be and is hereby dismissed without prejudice.

It is further ORDERED that the respective parties incurring the same pay all fees and costs related herewith.

DONE this _____ day of _____, 2003, at Brownsville, Texas.

_____
JUDGE PRESIDING