9

United States District Court
Southern District of Texas
ENTERED

JAN 2 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|   |   |   |
|---|---|---|
| MARCOS ANTONIO VALDEZ-FRAGOSO | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. B-02-192 |
| | § | |
| E.M. TROMINISKI, INS DISTRICT | § | |
| DIRECTOR, AND JOHN ASHCROFT, | § | |
| ATTORNEY GENERAL OF THE UNITED | § | |
| STATES | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

BE IT REMEMBERED, that on January 27, 2003, the Court considered Petitioner's Unopposed Motion to Dismiss the Case Without Prejudice [Dkt. No. 8]. Petitioner has informed the Court the parties agree to file a joint motion to reopen the issue of relief from deportation with the Board of Immigration Appeals.  As a result, the Court hereby **GRANTS** Petitioner's motion and **DISMISSES** this petition **WITHOUT PREJUDICE**.

DONE this 27th day of January, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

1